IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| JOSE CONTRERAS | § | |
| and RUTH CONTRERAS | § | |
| | § | |
| V. | § | CIVIL ACTION NO. G-10-318 |
| | § | |
| ALLSTATE INSURANCE COMPANY | § | |
| and TEXAS WINDSTORM INSURANCE | § | |
| ASSOCIATION | § | |

## OPINION AND ORDER

It is well-settled and beyond peradventure that Plaintiff is not entitled to a jury trial under either the Seventh Amendment, Lehman v. Nakshian, 453 U.S. 156, 160 (1981), or the National Flood Insurance Act, Sandia Oil Co., Inc. v. Beckton, Director FEMA, 889 F.2d 258, 262 (10th Cir. 1989), in a claims handling dispute against a WYO carrier with the National Flood Insurance Program acting in its capacity as a fiscal agent of the United States and the equivalent of FEMA itself, Van Holt v. Liberty Mutual Ins. Co., 163 F.3d 161, 166 (3d Cir. 1998).

It is, therefore, **ORDERED** that the Plaintiff's jury demand, insofar as it seeks a jury trial against Allstate Insurance Company, is **VACATED**.

**DONE** at Galveston, Texas, this _____22nd_____ day of June, 2011.

_____
John R. Froeschner
United States Magistrate Judge